OPINION — AG -(1) ALL THAT IS REQUIRED IS A RESOLUTION EXPRESSING AN INTENT TO PARTICIPATE IN THE RETIREMENT SYSTEM AND MAKING APPLICATION FOR AFFILIATION THEREIN. (2) THE COUNTY IS REQUIRED TO PAY THE PAST SERVICE COST ON ALL ITS ELIGIBLE EMPLOYEES. (3) THE COUNTY IS REQUIRED TO PAY THE PAST SERVICE COST ON ALL ITS ELIGIBLE EMPLOYEES. CITE: OPINION NO. 63-413 OKLAHOMA PUBLIC EMPLOYEES RETIREMENT SYSTEM)